**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **RANDOLFO PEREIRA DE SA** | **CIVIL ACTION NO. 26-2295** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE JERRY EDWARDS, JR.** |
| **U.S. ATTORNEY GENERAL, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Randolfo Pereira De Sa's petition is **GRANTED** on the basis that he is detained under 8 U.S.C. § 1226(a). Respondents shall, within **ten (10) days**, reclassify Petitioner as detained under 8 U.S.C. § 1226(a) and afford Petitioner a bond hearing before an immigration judge where the immigration judge must order Petitioner's release on bond if he or she determines that the Government has not carried its burden of proving that Petitioner poses a flight risk or a danger to the community. Respondents shall provide Petitioner adequate notice of the hearing. The parties shall file a joint status report within 48 hours after the hearing, confirming that the hearing was conducted and notifying the Court whether Petitioner was granted bond and released or, if his request for bond was denied, providing the reasons for that denial.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that if Respondents do not provide the hearing above within **ten (10) days**, Respondents shall release Petitioner from custody under reasonable conditions of supervision if necessary.

ALEXANDRIA, LOUISIANA, this 29th day of October, 2026.

JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE